**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : NO. 16-10738 |
| BRYAN T. MALONEY AND | : |
| CINDY G. MALONEY | : CHAPTER 13 |

NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

Bryan and Cindy Maloney have filed an objection to the proof of claim you filed in this bankruptcy.

Your claim may be reduced, modified, or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)

If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection, scheduled to be held before the **Honorable Magdeline D. Coleman on September 8, 2016, at 11:00 a.m., in Courtroom 2**, United States Bankruptcy Court, Robert NC Nix Building, 900 Market Street, Philadelphia, Pennsylvania 19107.  If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

Date: August 4. 2016                                     Attorney for Objector:

Michael P. Kelly, Esquire
Suite 202 - Penn's Square
402 Middletown Boulevard
Langhorne, PA 19047
phone (215) 741-1100
fax (215) 741-4029
email: mpk@cowanandkelly.com