**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : NO. 16-10738 |
| BRYAN T. MALONEY AND | : |
| CINDY G. MALONEY | : CHAPTER 13 |

CERTIFICATION OF SERVICE

I, Michael P. Kelly, Esquire, attorney for debtor, does hereby certify under penalty of perjury that on August 5, 2016 I sent by first class mail, postage prepaid, a copy of the Objection to Allowance of Claim of **PENNSYLVANIA DEPARTMENT OF REVENUE** and Notice of Hearing to the following:

William C. Miller, Esquire
P.O. Box 40119
Philadelphia, PA 19106

Assistant U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

PA Department of Revenue
Nicole Amolsch, Chief
P.O. Box 281061
Harrisburg, PA 17128-1061

Bryan and Cindy Maloney
1265 Barclay Crescent
Morrisville, PA 19067

PA Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Carol E. Momjian, Esquire
Senior Deputy Attorney General
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

Date: August 4, 2016

By: /s/ Michael P. Kelly
Michael P. Kelly, Esquire
Suite 202 - Penn's Square
402 Middletown Blvd.
Langhorne, PA   19047
(215) 741-1100
fax (215) 741-4029
email: mpk@cowanandkelly.com