# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 16-10738-MDC

BRYAN T MALONEY
CINDY G. MALONEY
1265 Barclay Crescent

Morrisville, PA 19067-

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    BRYAN T MALONEY
    CINDY G. MALONEY
    1265 Barclay Crescent

    Morrisville, PA 19067-

Counsel for debtor(s), by electronic notice only.

    MICHAEL P. KELLY
    COWAN & KELLY P.C.
    202 PENNS SQUARE
    LANGHORNE, PA 19047

                                                      /S/ William C. Miller

Date: 8/11/2016                                        _____
                                                          William C. Miller, Esquire
                                                          Chapter 13 Standing Trustee