## IN THE UNITED STATES BANKRUPTCY COURT

### OF EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE:BRIAN T. MALONEY AND CINDY G. MALONEY | : | BKY NO. 16-10738 |
| DEBTOR(S) | : | |
| SETERUS, INC., AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC | : : : | CHAPTER 13 |
| MOVANT | | |
| BRIAN T. MALONEY AND CINDY G. MALONEY | | |
| WILLIAM C. MILLER | | |
| RESPONDENTS | | |

### CERTIFICATION OF NO RESPONSE BEING FILED

**JENIECE D. DAVIS, ESQUIRE, OF THE LAW OFFICES OF MARTHA E. VON ROSENSTIEL, P.C** attorney for Seterus, Inc., servicer for Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. the Movant herein, hereby certifies that no response has been filed to the foregoing Motion for Relief from Stay under Section 362(d) of the Bankruptcy Code of l978.

        **/s/Jeniece D. Davis**
        **Jeniece D. Davis, Esquire**
        **Martha E. Von Rosenstiel, P.C.**
        **649 South Avenue**
        **Secane, PA 19018**
        **Attorney ID 208967**
        **Jeniece@mvrlaw.com**

Date: 8/12/2016

Michael P. Kelly, Electronic Service
402 Middletown Boulevard
Langhorne, PA  19047

William C. Miller, Electronic Service
1234 Market Street, Suite 1813
Philadelphia, PA 19107