# UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RE:BRIAN T. MALONEY AND CINDY G. MALONEY : | |
| : | BKY NO. 16-10738 |
| DEBTOR(S) : | |
| SETERUS, INC., AS THE AUTHORIZED : | CHAPTER 13 |
| SUBSERVICER FOR FEDERAL : | |
| NATIONAL MORTGAGE ASSOCIATION : | |
| ("FANNIE MAE"), CREDITOR C/O | |
| SETERUS, INC | |
| MOVANT | |
| BRIAN T. MALONEY AND CINDY G. MALONEY | |
| WILLIAM C. MILLER | |
| RESPONDENTS | |

## PRAECIPE TO WITHDRAW THE MOTION FOR RELIEF

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly mark the Motion for Relief filed in the name of Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. on July 26, 2016 as withdrawn.

**/s/ Jeniece D. Davis, Esquire**
**Jeniece D. Davis, Esquire**
**Martha E. Von Rosenstiel, P.C.**
**649 South Avenue, Unit 6**
**Secane, PA 19018**
**Attorney I.D. #208967**
**Jeniece@mvrlaw.com**
**610-328-2887 x 16**

Michael P. Kelly, Electronic service
402 Middletown Boulevard
Langhorne, PA  19047

Brian T. Maloney and Cindy G. Maloney
425 N. Douglas Aveune
Margate City, PA 08402

William C. Miller, Electronic service
1234 Market Street
Philadelphia, PA 19107