UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Bryan & Cindy Maloney  : NO. **16-10738**
: 
: **CHAPTER 13**

### CERTIFICATION OF SERVICE AND OF NO RESPONSE

I, Michael P. Kelly, Esquire, hereby certify that no answer, objection or other responsive pleading was received in response to counsel's Application for Compensation.

BY: /s/ Michael P. Kelly
    MICHAEL P. KELLY, ESQ.
    202 PENNS SQUARE
    LANGHORNE, PA. 19047