```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                              Case No. 16-10738-mdc
Bryan T Maloney                                                     Chapter 13
Cindy G Maloney
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0313-2          User: Eileen                 Page 1 of 2                   Date Rcvd: Jan 13, 2017
                              Form ID: 167                 Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2017.
db/jdb         +Bryan T Maloney,    Cindy G Maloney,    1265 Barclay Crescent,    Morrisville, PA 19067-6001
cr             +DITECH FINANCIAL LLC,    14841 Dallas Parkway Suite 300,    Dallas, Tx 75254-7883
13669969       +A-1 Collections Svc,    101 Grovers Mill Rd Ste,    Lawrenceville, NJ 08648-4706
13678387       +AmeriCredit Financial Services, Inc. dba GM Financ,     P O Box 183853,
                 Arlington, TX 76096-3853
13679762       +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
13669973       +Bk Of Amer,    1800 Tapo Canyon,   Simi Valley, CA 93063-6712
13669975       +Commercial Acceptance,    2300 Gettysburg Rd,    Camp Hill, PA 17011-7303
13669976       +Convergent,    800 Sw 39th St,   Renton, WA 98057-4975
13669977       +Debt Recovery Solution,    900 Merchants Concourse,    Westbury, NY 11590-5142
13669980       +Federal National Mortgage Assoc,    c/o Phelan Hallinan & Diamond,    400 Fellowship Road,
                 Ste 100,    Mount Laurel, NJ 08054-3437
13669981       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13669982       +Gm Financial,    Po Box 181145,   Arlington, TX 76096-1145
13669984       +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
13735124        Navient Solutions, Inc. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
13669985       +Nissan-infiniti Lt,    P.o. Box 660360,   Dallas, TX 75266-0360
13669986       +Pa. Department of Revenue,    PO Box 280501,    Harrisburg, PA 17128-0501
13669987       +Phoenix Financial Serv,    8902 Otis Ave Ste 103a,    Indianapolis, IN 46216-1009
13755266       +Porania LLC,    c/o Biltmore Asset Management,    24500 Center Ridge Rd.,    Ste 472,
                 Westlake OH 44145-5605
13669989       +Seterus Inc,    14523 Sw Millikan Way St,    Beaverton, OR 97005-2352
13750956       +Seterus, Inc., as the authorized subservicer for F,     P.O. Box 1047,    Hartford, CT 06143-1047
13669990       +Slm Financial Corp,    Po Box 9500,   Wilkes-barre, PA 18773-9500
13750710       +The Bank of New York Mellon, Trustee(See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13669993       +Tridentasset.com,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2294
13751045       +Wells Fargo Bank,    PO Box 5058 MAC P6053-021,    Portland, OR 97208-5058

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 14 2017 02:09:07
                 Commonwealth Of PA., Dept. Of Revenue,    Bureau Of Compliance,    Dept. 280946,
                 Harrisburg, PA 17128-0001
13669970       +E-mail/Text: bkrpt@retrievalmasters.com Jan 14 2017 02:09:30        Amca,    2269 S Saw Mill,
                 Elmsford, NY 10523-3832
13669971       +E-mail/Text: bnc-applied@quantum3group.com Jan 14 2017 02:09:57        Applied Bank,
                 660 Plaza Dr,    Newark, DE 19702-6369
13696110        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 14 2017 01:59:59
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13669972       +E-mail/Text: banko@berkscredit.com Jan 14 2017 02:08:43        Berks Credit & Coll,
                 900 Corporate Dr,    Reading, PA 19605-3340
13669974       +E-mail/Text: bankruptcy@cavps.com Jan 14 2017 02:09:53        Cavalry Portfolio Serv,
                 Po Box 27288,    Tempe, AZ 85285-7288
13674700       +E-mail/Text: bankruptcy@cavps.com Jan 14 2017 02:09:54        Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13669978       +E-mail/PDF: pa_dc_ed@navient.com Jan 14 2017 02:01:04        Dept Of Ed/navient,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
13755200       +E-mail/Text: bankruptcy.bnc@ditech.com Jan 14 2017 02:08:43        Ditech Financial LLC,
                 PO BOX 6154,    Rapid City SD 57709-6154
13669979       +E-mail/Text: bankruptcy.bnc@ditech.com Jan 14 2017 02:08:43        Ditech Financial Llc,
                 Po Box 6172,    Rapid City, SD 57709-6172
13669983       +E-mail/Text: cio.bncmail@irs.gov Jan 14 2017 02:08:41        Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
13740911        E-mail/PDF: rmscedi@recoverycorp.com Jan 14 2017 02:00:31        Orion Portfolio Services LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
13684926        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 14 2017 02:01:15
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13675202        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 14 2017 02:09:07
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
13669988       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 14 2017 02:00:53
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13706566        E-mail/Text: bnc-quantum@quantum3group.com Jan 14 2017 02:08:49
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
13669991       +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2017 02:01:03        Syncb/home Shopping,
                 Po Box 965005,    Orlando, FL 32896-5005
13669992       +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2017 02:01:03        Syncb/qvc,    4125 Windward Plaza,
                 Alpharetta, GA 30005-8738
                                                                                               TOTAL: 18
```

```
District/off: 0313-2           User: Eileen              Page 2 of 2              Date Rcvd: Jan 13, 2017
                               Form ID: 167              Total Noticed: 42

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               AmeriCredit Financial Services, Inc. dba GM Financ
13691604*       +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                  Arlington, TX 76096-3853
                                                                                    TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2017                                             Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2017 at the address(es) listed below:
              CAROL E. MOMJIAN    on behalf of Creditor    Commonwealth Of PA., Dept. Of Revenue
               cmomjian@attorneygeneral.gov
              JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc
               Jeniece@MVRLAW.COM, bonnie@mvrlaw.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MICHAEL P. KELLY    on behalf of Debtor Bryan T Maloney mpkpc@aol.com
              MICHAEL P. KELLY    on behalf of Joint Debtor Cindy G Maloney mpkpc@aol.com
              THOMAS I. PULEO    on behalf of Creditor    Federal National Mortgage Association
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Bryan T Maloney and Cindy
G Maloney
       Debtor(s)
       Case No: 16−10738−mdc
       Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*rescheduled\*
Motion for Relief from Stay <i>425 North Douglas Avenue, Margage City, NJ 08402 Filed by Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc Represented by JENIECE D. DAVIS

on: 2/2/17

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 1/13/17

Timothy B. McGrath
Clerk of Court

73 − 71
Form 167