## IN THE UNITED STATES BANKRUPTCY COURT

## OF EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE:BRIAN T. MALONEY AND CINDY G. MALONEY | : : | BKY NO.  16-10738 |
| DEBTOR(S) | : | |
| SETERUS, INC., AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC | : : : | CHAPTER  13 |
| MOVANT | | |
| BRIAN T. MALONEY AND CINDY G. MALONEY WILLIAM C. MILLER | | |
| RESPONDENTS | | |

### CERTIFICATION OF NO RESPONSE BEING FILED
**JENIECE D. DAVIS, ESQUIRE, OF THE LAW OFFICES OF MARTHA E. VON**

**ROSENSTIEL, P.C** attorney for Seterus, Inc., as the authorized subservicer for Federal

National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc., the Movant herein,

hereby certifies that no response has been filed to the foregoing Motion for Relief from Stay

under Section 362(d) of the Bankruptcy Code of l978.

>  **/s/Jeniece D. Davis**
>  **Jeniece D. Davis, Esquire**
>  **Martha E. Von Rosenstiel, P.C.**
>  **649 South Avenue**
>  **Secane, PA 19018**
>  **Attorney ID 208967**
>  **Jeniece@mvrlaw.com**

Date: January 23, 2017
Michael P. Kelly, Electronic Service
402 Middletown Boulevard
Langhorne, PA  19047

Brian T. Maloney and Cindy G. Maloney
425 N. Douglas Avenue
Margate City, NJ 08402

William C. Miller, Electronic Service
1234 Market Street
Philadelphia, PA 19107