## UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brian T. Maloney and Cindy G. Maloney | : A HEARING WILL BE HELD |
| | : ON 1/26/2017 11:00AM |
| Debtor | : IN COURTROOM #2 |
| Seterus, Inc., as the authorized subservicer for | : 900 MARKET STREET, |
| Federal National Mortgage Association | : PHILADELPHIA, PA 19107 |
| ("Fannie Mae"), creditor c/o Seterus, Inc, its | : |
| successors and assigns | : CHAPTER 13 |
| Movant, | : |
| v. | : BANKRUPTCY NO. 16-10738 |
| Brian T. Maloney and Cindy G. Maloney | : |
| Respondent | 11 U.S.C. §362 |
| William C. Miller, Trustee | |
| Additional Respondent | |

### ORDER

AND NOW, this 2nd day of February, 2017, upon motion of Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc, its successors and assigns, for relief from the Automatic Stay, it is

**ORDERED AND DECREED THAT:** The Automatic Stay of all proceedings, as provided under 11 U.S.C. 362(d)(1), is modified with respect to the premises: **425 North Douglas Avenue, Margage City, NJ 08402**, That Movant may take such actions with respect to the real property as are set forth under applicable non-bankruptcy law. The relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code. The relief granted by this order shall be effective immediately and shall not be subject to the fourteen (14) day period set forth in Bankruptcy Rule 4001(a)(3).

_____
UNITED STATES BANKRUPTCY JUDGE

Copies to:
Martha E. Von Rosenstiel, P.C.
649 South Avenue, Unit 6
Secane, PA 19018
(610) 328-2887

Michael P. Kelly
402 Middletown Boulevard
Langhorne, PA 19047

William C. Miller
1234 Market Street
Philadelphia, PA 19107

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107