UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :                                                                                        : NO. 16-10738
    BRYAN T. MALONEY AND :
    CINDY G. MALONEY                                               : CHAPTER 13

### PRAECIPE TO WITHDRAW OBJECTION TO IRS CLAIM

To The Clerk:

    Kindly withdraw Debtors' Objection to the Claim of the Internal Revenue Service.


By:    /S/Michael P. Kelly
        402 Middletown Blvd.
        Suite 202
        Langhorne, Pa. 19047
        215-741-1100
        mpk@cowanandkelly.com