**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : BKY. NO. 16-10738
BRYAN T. MALONEY, and :
CINDY G. MALONEY : CHAPTER 13

CERTIFICATION OF SERVICE

I, Michael P. Kelly, Esquire, hereby certify that I served a copy of the Second Amended Chapter 13 Plan upon all priority creditors, all secured creditors, the Chapter 13 Trustee, the United States Trustee and on all other creditors who are adversely affected by the changes to the original plan on the 7th day of April, 2017, by electronic mail and/or first class mail, postage prepaid.

April 11, 2017                                  /s/ Michael P. Kelly
                                                Michael P. Kelly, Esquire
                                                Attorney for Debtor(s)
                                                Suite 202 - Penn's Square
                                                402 Middletown Blvd.
                                                Langhorne, PA    19047
                                                (215) 741-1100
                                                fax (215) 741-4029