United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-10738-mdc
Bryan T Maloney                                                           Chapter 13
Cindy G Maloney
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Virginia          Page 1 of 1           Date Rcvd: Jun 22, 2017
                               Form ID: 155            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2017.
db/jdb        +Bryan T Maloney,    Cindy G Maloney,    1265 Barclay Crescent,    Morrisville, PA 19067-6001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2017 at the address(es) listed below:
         BRIAN CRAIG NICHOLAS    on behalf of Creditor    Ditech Financial LLC bnicholas@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         CAROL E. MOMJIAN    on behalf of Creditor    Commonwealth Of PA., Dept. Of Revenue
          cmomjian@attorneygeneral.gov
         JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
          Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc
          Jeniece@MVRLAW.COM,  bonnie@mvrlaw.com
         JOSEPH ANGEO DESSOYE    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         MICHAEL P. KELLY    on behalf of Debtor Bryan T Maloney mpkpc@aol.com,  r47593@notify.bestcase.com
         MICHAEL P. KELLY    on behalf of Joint Debtor Cindy G Maloney mpkpc@aol.com,
          r47593@notify.bestcase.com
         THOMAS I. PULEO    on behalf of Creditor    Federal National Mortgage Association
          tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@phl3trustee.com,  philaecf@gmail.com
                                                                                      TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Bryan T Maloney and Cindy G
Maloney

|                     Debtor(s)                     |          Chapter: 13          |

Bankruptcy No: 16−10738−mdc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this June 22, 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Magdeline D. Coleman
Judge ,
United States Bankruptcy Court

103
Form 155