# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Bryan T. Maloney and Cindy G. Maloney, | : | |
| Debtors. | : | Bankruptcy No.   16-10738-MDC |

# O R D E R

**AND NOW**, this 24th day of April, 2018, it is hereby **ORDERED** that if Bryan T. Maloney and Cindy G. Maloney (the "Debtors") and Ditech Financial LLC ("Mortgagee") elect to enter into the proposed loan modification under the terms proposed by Mortgagee, the Debtors and Mortgagee may do so without there being any violation of the bankruptcy stay, or the provisions of 11 U.S.C. §362.

*[signature]*

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Michael P. Kelly, Esquire
Cowan & Kelly
202 Penns Square
Langhorne, PA 19047

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center, Suite 5000
701 Market Street
Philadelphia, PA 19106-1532

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107