# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 16-10738-MDC

BRYAN T MALONEY
CINDY G. MALONEY
1265 BARCLAY CRESCENT

MORRISVILLE, PA 19067-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    BRYAN T MALONEY
    CINDY G. MALONEY
    1265 BARCLAY CRESCENT

    MORRISVILLE, PA 19067-

Counsel for debtor(s), by electronic notice only.

    MICHAEL P. KELLY
    402 MIDDLETOWN RD., SUITE 202

    LANGHORNE, PA 19047-

Date: 5/11/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee