**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : BKY. NO. 16-10738 |
| BRYAN T. MALONEY, and | : |
| CINDY G. MALONEY | : CHAPTER 13 |

CERTIFICATION OF SERVICE

I, Michael P. Kelly, Esquire, hereby certify that I served a copy of the Notice, Motion to Remit Arrears and Modify Plan and 4th Amended Plan dated June 12, 2018 upon all priority creditors, all secured creditors, the Chapter 13 Trustee, the United States Trustee and on all other creditors who are adversely affected by the changes to the original plan on the 12th day of June, 2018, by electronic mail and/or first class mail, postage prepaid.

June 12, 2018                     /s/ Michael P. Kelly
                                  Michael P. Kelly, Esquire
                                  Attorney for Debtor(s)
                                  Suite 202 - Penn's Square
                                  402 Middletown Blvd.
                                  Langhorne, PA    19047
                                  (215) 741-1100
                                  fax (215) 741-4029

Bryan and Cindy Maloney – by CM/ECF
1265 Barclay Crescent
Morrisville, PA 19067

William C. Miller - by CM/ECF
P.O. Box 40119
Philadelphia, PA 19106-0119

Assistant U.S. Trustee - by CM/ECF
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

PA Department of Revenue - by CM/ECF
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 19128-0946

PA Department of Revenue - by CM/ECF
c/o Carol E. Momjian, Esquire
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

Federal National Mortgage Assoc. - by CM/ECF
c/o Thomas I. Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Federal National Mortgage Association - by CM/ECF
Fannie Mae
c/o Jeniece D. Davis, Esquire
Martha E. Von Rosentiel, P.C.
649 South Avenue
Secane, PA 19018

Ditech Financial, LLC - by CM/ECF
c/o Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Cavalry SPV I, LLC – by regular mail
500 Summit Lake Drive, Ste. 400
Valhalla, NY 10595

Bank of America, NA – by regular mail
P.O. Box 982284
ElPaso, TX 79998-2238

Portfolio Recovery Associates, LLC – by regular mail
P.O. Box 41067
Norfolk, VA 23541

AmeriCredit Financial Services, Inc. - by CM/ECF
Dba GM Finac
P.O. Box 183853
Arlington, TX 76096

Americredit National Services, Inc. - by CM/ECF
d/b/a GM Financial
c/o William E. Craig, Esquire
Morton & Craig, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057

Corporation of America Holdings – by regular mail
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Internal Revenue Service - by CM/ECF
P.O. Box 7346
Philadelphia, PA 19101

Quantum3 Group LLC as agent for – by regular mail
Sadino Funding, LLC
P.O. Box 788
Kirkland, WA 98083-0788

Navient Solutions, Inc. on behalf of – by regular mail
Department of Education Loan Services
P.O. Box 9635
Wilkes-Barre, PA 18773-9635

Orion Portfolio Services, LLC – by regular mail
c/o PRA Receivables Mgmt., LLC
P.O. Box 41021
Norfolk, VA 23541

Ashley Funding Services, LLC its successors – by regular mail
and assigns as assignee of Labortory
Corporation of America Holdings
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

The Bank of New York Mellon, Trustee – by regular mail
c/o Specialized Loan Servicing, LLC
8742 Lucent Blvd., Ste. 300
Highlands Ranch, CO 80129

Seterus, Inc. as the authorized- by CM/ECF
Subservicer for F
P.O. Box 1047
Hartford, CT 06143

Wells Fargo Bank – by regular mail
P.O. Box 5058 MAC P6053-021
Portland, OR 97208

Ditech Financial, LLC- by CM/ECF
P.O. Box 6154
Rapid City, SD 57709

Porania, LLC – by regular mail
c/o Biltmore Asset Management
24500 Center Ridge Rd., Ste. 472
Westlake, OH 44145

Ditech Financial LLC- by CM/ECF
14841 Dallas Parkway, Suite 300
Dallas, TX 75254-7883

Ditech Financial LLC – by CM/ECF
f/k/a Green Tree Servicing
14841 Dallas Parkway, Suite 425
Dallas, TX 75254-8067

A-1 Collections Svc – by regular mail
101 Grovers Mill Rd
Lawrenceville, NJ 08648-4706

Amca – by regular mail
2269 S. Saw Mill
Elmsford, NY 10523-3832

Applied Bank– by regular mail
660 Plaza Drive
Newark, DE 19702-6369

Nissan-Infinity Lt– by regular mail
P.O. Box 660360
Dallas, TX 75266-0360