IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: BRYAN T. MALONEY | ) | |
| CINDY G. MALONEY | ) | |
| **Debtors(s)** | ) | CHAPTER 13 |
| | ) | |
| AMERICREDIT FINANCIAL | ) | Case No.: 16-10738 (MDC) |
| SERVICES, INC. dba GM FINANCIAL | ) | |
| **Moving Party** | ) | **Hearing Date: 5-8-18 at 10:30 AM** |
| | ) | |
| v. | ) | 11 U.S.C. 362 |
| | ) | |
| BRYAN T. MALONEY | ) | |
| CINDY G. MALONEY | ) | |
| **Respondent(s)** | ) | |
| | ) | |
| WILLIAM C. MILLER | ) | |
| **Trustee** | ) | |

**ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between GM Financial and the Debtors in settlement of the Motion For Stay Relief, and filed on or about June 14, 2018, in the above matter is APPROVED.

Dated: June 27, 2018

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE