**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In rez: Bryan T.Maloney and** | : | **Chapter 13** |
| **Cindy G.Maloney** | : | |
| **Debtor(s).** | : | **Bankruptcy No. 16-10738** |

**PRAECIPE TO WITHDRAW INCORRECT FILING**

TO THE CLERK:

Kindly marked debtors' amended schedule I docket number 130 as withdraw.

Dated – July 9, 2018                                  /S/  Michael_P_Kelly
                                                                          MICHAEL P. KELLY