| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 001358 | | | | 055 | |
| VBL | 100653 | 001003 | | 0000220009 | 1 |

# Earnings Statement 

FEASTIVITIES INC
440 DOMINO LANE
PHILADELPHIA, PA 19128

*Started job 4/9*

Period Beginning: 05/14/2018
Period Ending: 05/27/2018
Pay Date: 06/01/2018

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  PA: N/A

CINDY MALONEY
1265 BARCLAY CRESCENT
YARDLEY PA 19067

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1615.38 | | 808.00 | 4,846.76 |
| **Gross Pay** | | | **$808.00** | 4,846.76 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 808.00 | 4,846.76 |

**Deductions**

Statutory
| | this period | year to date |
|---|---|---|
| Federal Income Tax | -20.42 | 254.28 |
| Social Security Tax | -50.10 | 300.50 |
| Medicare Tax | -11.72 | 70.28 |
| PA State Income Tax | -24.81 | 148.80 |
| Philadelphia Income Tax | -28.00 | 167.96 |
| PA SUI/SDI Tax | -0.49 | 2.91 |

Other
| | |
|---|---|
| Reimbursement | -153.11 |

| **Net Pay** | **$672.46** |
|---|---|
| Ck1 | -672.46 |
| **Net Check** | **$0.00** |

Your federal taxable wages this period are $808.00

© 1998, 2006. ADP, LLC All Rights Reserved.

▼ TEAR HERE