**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

BRYAN T MALONEY                    Chapter 13
CINDY G. MALONEY

              Debtor            Bankruptcy No. 16-10738-MDC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

     **AND NOW**, this ___9th___ day of ___August___, 201_8_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

     **ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL P. KELLY
402 MIDDLETOWN RD., SUITE 202

LANGHORNE, PA 19047-


Debtor:
BRYAN T MALONEY
CINDY G. MALONEY
1265 BARCLAY CRESCENT

MORRISVILLE, PA 19067-