United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-10738-mdc
Bryan T Maloney                                                         Chapter 13
Cindy G Maloney
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 2              Date Rcvd: Aug 09, 2018
                              Form ID: pdf900             Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2018.
```
db/jdb         +Bryan T Maloney,    Cindy G Maloney,    1265 Barclay Crescent,    Morrisville, PA 19067-6001
cr             +DITECH FINANCIAL LLC,    14841 Dallas Parkway Suite 300,    Dallas, Tx 75254-7883
cr             +Ditech Financial LLC FKA Green Tree Servicing, LLC,    14841 Dallas Parkway, Suite 425,
                 Dallas, TX 75254-8067
13669969       +A-1 Collections Svc,    101 Grovers Mill Rd Ste,    Lawrenceville, NJ 08648-4706
13678387       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
13679762       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13669973       +Bk Of Amer,    1800 Tapo Canyon,    Simi Valley, CA 93063-6712
13669975       +Commercial Acceptance,    2300 Gettysburg Rd,    Camp Hill, PA 17011-7303
13669976       +Convergent,    800 Sw 39th St,    Renton, WA 98057-4975
13669977       +Debt Recovery Solution,    900 Merchants Concourse,    Westbury, NY 11590-5142
13669980       +Federal National Mortgage Assoc,    c/o Phelan Hallinan & Diamond,    400 Fellowship Road,
                 Ste 100,    Mount Laurel, NJ 08054-3437
13669981       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13669982       +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
13924549       +Michael P Kelly, Esquire,    402 Middletown Blvd.,    Suite 202,    Langhorne, Pa. 19047-1818
13669985       +Nissan-infiniti Lt,    P.o. Box 660360,    Dallas, TX 75266-0360
13669986       +Pa. Department of Revenue,    PO Box 280501,    Harrisburg, PA 17128-0501
13669987       +Phoenix Financial Serv,    8902 Otis Ave Ste 103a,    Indianapolis, IN 46216-1009
13755266       +Porania LLC,    c/o Biltmore Asset Management,    24500 Center Ridge Rd.,   Ste 472,
                 Westlake OH 44145-5605
13669989       +Seterus Inc,    14523 Sw Millikan Way St,    Beaverton, OR 97005-2352
13750956       +Seterus, Inc., as the authorized subservicer for F,    P.O. Box 1047,    Hartford, CT 06143-1047
13750710       +The Bank of New York Mellon, Trustee(See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13669993       +Tridentasset.com,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2294
13751045       +Wells Fargo Bank,    PO Box 5058 MAC P6053-021,    Portland, OR 97208-5058

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 10 2018 01:48:19      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 10 2018 01:48:14      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 10 2018 01:47:48
                 Commonwealth Of PA., Dept. Of Revenue,    Bureau Of Compliance,    Dept. 280946,
                 Harrisburg, PA 17128-0001
13669970       +E-mail/Text: bkrpt@retrievalmasters.com Aug 10 2018 01:48:01      Amca,    2269 S Saw Mill,
                 Elmsford, NY 10523-3832
13669971       +E-mail/Text: bnc-applied@quantum3group.com Aug 10 2018 01:48:13      Applied Bank,
                 660 Plaza Dr,    Newark, DE 19702-6369
13696110        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 10 2018 01:54:57
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13669972       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Aug 10 2018 01:48:52      Berks Credit & Coll,
                 900 Corporate Dr,    Reading, PA 19605-3340
13669974       +E-mail/Text: bankruptcy@cavps.com Aug 10 2018 01:48:11      Cavalry Portfolio Serv,
                 Po Box 27288,    Tempe, AZ 85285-7288
13674700       +E-mail/Text: bankruptcy@cavps.com Aug 10 2018 01:48:11      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13669978       +E-mail/PDF: pa_dc_ed@navient.com Aug 10 2018 01:55:53      Dept Of Ed/navient,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
13755200       +E-mail/Text: bankruptcy.bnc@ditech.com Aug 10 2018 01:47:40      Ditech Financial LLC,
                 PO BOX 6154,    Rapid City SD 57709-6154
13669979       +E-mail/Text: bankruptcy.bnc@ditech.com Aug 10 2018 01:47:40      Ditech Financial Llc,
                 Po Box 6172,    Rapid City, SD 57709-6172
13669983       +E-mail/Text: cio.bncmail@irs.gov Aug 10 2018 01:47:38      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
13669984       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 10 2018 01:48:02      Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
13735124        E-mail/PDF: pa_dc_claims@navient.com Aug 10 2018 01:55:53
                 Navient Solutions, Inc. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
13740911        E-mail/PDF: rmscedi@recoverycorp.com Aug 10 2018 01:55:52      Orion Portfolio Services LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
14113802       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 10 2018 01:55:52
                 Orion Portfolio Services LLC,    c/o PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
13684926        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 10 2018 01:55:52
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
```

```
District/off: 0313-2           User: Virginia              Page 2 of 2                Date Rcvd: Aug 09, 2018
                               Form ID: pdf900             Total Noticed: 47

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13675202         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 10 2018 01:47:48
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA   17128-0946
13669988        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 10 2018 01:55:18
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13706566         E-mail/Text: bnc-quantum@quantum3group.com Aug 10 2018 01:47:43
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
13669990        +E-mail/PDF: pa_dc_claims@navient.com Aug 10 2018 01:55:18      Slm Financial Corp,   Po Box 9500,
                 Wilkes-barre, PA  18773-9500
13669991        +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2018 01:55:18      Syncb/home Shopping,
                 Po Box 965005,   Orlando, FL 32896-5005
13669992        +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2018 01:54:46      Syncb/qvc,    4125 Windward Plaza,
                 Alpharetta, GA 30005-8738
                                                                                              TOTAL: 24

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
cr*             +DITECH FINANCIAL LLC,    14841 Dallas Parkway Suite 300,    Dallas, Tx 75254-7883
cr*             +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
13691604*       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
                                                                                   TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2018 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Ditech Financial LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CAROL E. MOMJIAN    on behalf of Creditor    Commonwealth Of PA., Dept. Of Revenue
               cmomjian@attorneygeneral.gov
              JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc
               Jeniece@MVRLAW.COM, bonnie@mvrlaw.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MICHAEL P. KELLY    on behalf of Debtor Bryan T Maloney mpkpc@aol.com,
               r47593@notify.bestcase.com
              MICHAEL P. KELLY    on behalf of Joint Debtor Cindy G Maloney mpkpc@aol.com,
               r47593@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Federal National Mortgage Association
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 12
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

BRYAN T MALONEY                              Chapter 13
CINDY G. MALONEY

          Debtor          Bankruptcy No. 16-10738-MDC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this ____9th____ day of _____August_____, 201_8_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL P. KELLY
402 MIDDLETOWN RD., SUITE 202

LANGHORNE, PA 19047-

Debtor:
BRYAN T MALONEY
CINDY G. MALONEY
1265 BARCLAY CRESCENT

MORRISVILLE, PA 19067-