**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                       :   NO. 16-10738
BRYAN T. MALONEY AND                         :
CINDY G. MALONEY                             :   CHAPTER 13

<u>CERTIFICATION OF NO RESPONSE</u>

I, Michael P. Kelly, Esquire, attorney for Debtor(s), do hereby certify that no answer,

objection, request for hearing or other response was received to the Motion to Open and Vacate

Dismissal and Reinstate Debtors Chapter 13 bankruptcy within the time allowed by law.

DATED: September 27, 2018            /s/ Michael P. Kelly_____
                                     Michael P. Kelly, Esquire
                                     Suite 202 - Penn's Square
                                     402 Middletown Blvd.
                                     Langhorne, PA    19047
                                     (215) 741-1100
                                     Fax (215) 741-4029
                                     Email:   mpk@cowanandkelly.com