UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : NO. 16-10738
BRYAN T. MALONEY AND :
CINDY G. MALONEY : CHAPTER 13

ORDER VACATING DISMISSAL OF THIS CHAPTER 13 CASE

AND NOW, this 4th day of October, 2018 upon consideration of the Motion filed by Michael P. Kelly, Esquire,

ORDERED, that the dismissal is VACATED and the case is reinstated, and the Debtors' counsel shall provide notice of this ORDER to all parties that received notice that the case had been dismissed, and it is further

ORDERED, that the clerk shall RE-OPEN the case.

BY THE COURT:

BY: _____
The Honorable Magdeline D. Coleman
Bankruptcy Judge

cc:
Michael P. Kelly, Esquire
Suite 202 - Penn's Square
402 Middletown Blvd.
Langhorne, PA    19047

U.S. Trustee's Office
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

William C. Miller
P.O. Box 1229
Philadelphia, PA 19105

Bryan and Cindy Maloney
1265 Barclay Crescent
Morrisville, PA 19067