United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-10738-mdc
Bryan T Maloney                                                           Chapter 13
Cindy G Maloney
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Virginia           Page 1 of 1              Date Rcvd: Oct 05, 2018
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2018.
db/jdb        +Bryan T Maloney,   Cindy G Maloney,   1265 Barclay Crescent,   Morrisville, PA 19067-6001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2018 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Ditech Financial LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CAROL E. MOMJIAN    on behalf of Creditor    Commonwealth Of PA., Dept. Of Revenue
               cmomjian@attorneygeneral.gov
              JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc
               Jeniece@MVRLAW.COM,    bonnie@mvrlaw.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MICHAEL P. KELLY    on behalf of Joint Debtor Cindy G Maloney mpkpc@aol.com,
               r47593@notify.bestcase.com
              MICHAEL P. KELLY    on behalf of Debtor Bryan T Maloney mpkpc@aol.com,   r47593@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Federal National Mortgage Association
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                 TOTAL: 12

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : NO. 16-10738
BRYAN T. MALONEY AND :
CINDY G. MALONEY : CHAPTER 13

ORDER VACATING DISMISSAL OF THIS CHAPTER 13 CASE

AND NOW, this _4th_ day of _October_, 2018 upon consideration of the Motion filed by Michael P. Kelly, Esquire,

ORDERED, that the dismissal is VACATED and the case is reinstated, and the Debtors' counsel shall provide notice of this ORDER to all parties that received notice that the case had been dismissed, and it is further

ORDERED, that the clerk shall RE-OPEN the case.

BY THE COURT:

BY: _____
The Honorable Magdeline D. Coleman
Bankruptcy Judge

cc:
Michael P. Kelly, Esquire
Suite 202 - Penn's Square
402 Middletown Blvd.
Langhorne, PA    19047

U.S. Trustee's Office
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

William C. Miller
P.O. Box 1229
Philadelphia, PA 19105

Bryan and Cindy Maloney
1265 Barclay Crescent
Morrisville, PA 19067