IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Bryan & Cindy Maloney**         : CHAPTER 13

                                         : NO. 16-10738 mdc

## NOTICE OF APPLICATION FOR SUPPLEMENTAL COMPENSATION AND/OR REIMBURSEMENT OF EXPENSES

TO THE DEBTOR(S), CREDITORS, THE TRUSTEE, AND ALL PARTIES IN INTEREST, NOTICE IS GIVEN THAT:

   *1.* DEBTOR(S) FILED A CHAPTER **13** PETITION WITH THE COURT.

   2. DEBTOR(S) COUNSEL, MICHAEL P. KELLY, HAS FILED AN APPLICATION FOR SUPPLEMENTAL COMPENSATION AND/OR REIMBURSEMENT OF EXPENSES IN THE AMOUNT OF **$1,500.00.** TO DATE **$5,385.00** IN FEES HAVE BEEN APPROVED.

   3. DEBTORS COUNSEL IS ASKING THAT THE SUPPLEMENTAL FEES AND COSTS BE APPROVED.

   4. ANY CREDITOR OR PARTY IN INTEREST MAY FILE AS ANSWER, OBJECTION, OR OTHER RESPONSIVE PLEADING OR REQUEST FOR A HEARING PROTESTING THE APPROVAL OF COUNSEL FEES, STATING THE REASONS WHY A HEARING IS NECESSARY, WITH THE **CLERK, U.S. BANKRUPTCY COURT, SUITE 400, ROBERT N.C. NIX BUILDING, 900 MARKET STREET, PHILADELPHIA, PA. 19107,** AND SERVE A COPY OF THE PLEADING ON THE ATTORNEY FOR THE DEBTOR MICHAEL P. KELLY, WHOSE ADDRESS APPEARS BELOW, ON OR BEFORE TWENTY-ONE (21) DAYS FROM THE DATE OF THIS NOTICE.

   5. IN THE ABSENCE OF ANY ANSWERS, OBJECTIONS, OR REQUESTS FOR A HEARING, THE DISTRIBUTION OUTLINED IN THIS NOTICE WILL OCCUR, WITHOUT A HEARING OR FURTHER ACTION BY THE COURT.

Dated – October 9, 2018

BY:

MICHAEL P. KELLY
202 PENNS SQUARE
LANGHORNE, PA. 19047
(215) 741-1100