UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Bryan & Cindy Maloney  : **No. 16-10738 - mdc**
: **CHAPTER 13**

## CERTIFICATION OF NO RESPONSE

I, Michael P. Kelly, Esquire, hereby certify that no answer, objection or other responsive pleading was received in response to Counsel's Supplemental Fee Application.

BY: */s/ Michael P. Kelly*
    MICHAEL P. KELLY, ESQ.
    202 PENNS SQUARE
    LANGHORNE, PA. 19047