United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Bryan T Maloney  
Cindy G Maloney  
    Debtors

Case No. 16-10738-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Nov 19, 2018  
                           Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2018.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
13755200     +E-mail/Text: bankruptcy.bnc@ditech.com Nov 20 2018 02:46:13     Ditech Financial LLC,  
      PO BOX 6154,   Rapid City SD 57709-6154  
                                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2018                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2018 at the address(es) listed below:  
        BRIAN CRAIG NICHOLAS    on behalf of Creditor    Ditech Financial LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
        CAROL E. MOMJIAN    on behalf of Creditor    Commonwealth Of PA., Dept. Of Revenue cmomjian@attorneygeneral.gov  
        JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc Jeniece@MVRLAW.COM, bonnie@mvrlaw.com  
        JOSEPH ANGEO DESSOYE    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        MICHAEL P. KELLY    on behalf of Debtor Bryan T Maloney mpkpc@aol.com, r47593@notify.bestcase.com  
        MICHAEL P. KELLY    on behalf of Joint Debtor Cindy G Maloney mpkpc@aol.com, r47593@notify.bestcase.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com  
        THOMAS I. PULEO    on behalf of Creditor    Federal National Mortgage Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
        WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                             TOTAL: 12

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-10738-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Bryan T Maloney<br>1265 Barclay Crescent<br>Morrisville PA 19067 | Cindy G Maloney<br>1265 Barclay Crescent<br>Morrisville PA 19067 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/16/2018.

Name and Address of Alleged Transferor(s):

Claim No. 17: Ditech Financial LLC, PO BOX 6154, Rapid City SD 57709

Name and Address of Transferee:

Chalet Properties III, LLC
c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX 75038

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/21/18

Tim McGrath
**CLERK OF THE COURT**