UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Bryan & Cindy Maloney     : CHAPTER 13
: NO.16-10738 mdc

## ORDER AWARDING SUPPLEMENTAL COUNSEL FEES AND/OR REIMBURSEMENT OF EXPENSES

**AND NOW,** upon consideration of Michael P .Kelly's Application for compensation and/or reimbursement of expenses, Notice given pursuant to Local Rule 2002-1,

it is **ORDERED and DECREED** that supplemental compensation in the amount of **$1,265.00** and reimbursement of expenses in the amount of **$235.00** are approved for the period of time of **06/02/2017 to 10/09/2018.** The fees and cost were paid directly to counsel by a non-debtor relative prior to the Motion to Reinstate.

BY THE COURT: _____       January 9, 2019
UNITED STATES BANKRUPTCY JUDGE      Dated
**Magdeline D. Coleman**