United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Bryan T Maloney
Cindy G Maloney
    Debtors

Case No. 16-10738-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 1    Date Rcvd: Jan 09, 2019
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2019.
db/jdb     +Bryan T Maloney,   Cindy G Maloney,   1265 Barclay Crescent,   Morrisville, PA 19067-6001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2019      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2019 at the address(es) listed below:
       BRIAN CRAIG NICHOLAS    on behalf of Creditor    Ditech Financial LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
       CAROL E. MOMJIAN    on behalf of Creditor    Commonwealth Of PA., Dept. Of Revenue cmomjian@attorneygeneral.gov
       JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc Jeniece@MVRLAW.COM, bonnie@mvrlaw.com
       JOSEPH ANGEO DESSOYE    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
       MICHAEL P. KELLY    on behalf of Joint Debtor Cindy G Maloney mpkpc@aol.com, r47593@notify.bestcase.com
       MICHAEL P. KELLY    on behalf of Debtor Bryan T Maloney mpkpc@aol.com, r47593@notify.bestcase.com
       REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
       THOMAS I. PULEO    on behalf of Creditor    Federal National Mortgage Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
       WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
       TOTAL: 12

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Bryan & Cindy Maloney         : CHAPTER 13
                                     : NO.16-10738 mdc

## ORDER AWARDING SUPPLEMENTAL COUNSEL FEES AND/OR REIMBURSEMENT OF EXPENSES

**AND NOW,** upon consideration of Michael P. Kelly's Application for compensation and/or reimbursement of expenses, Notice given pursuant to Local Rule 2002-1,

it is **ORDERED and DECREED** that supplemental compensation in the amount of **$1,265.00** and reimbursement of expenses in the amount of **$235.00** are approved for the period of time of **06/02/2017 to 10/09/2018.** The fees and cost were paid directly to counsel by a non-debtor relative prior to the Motion to Reinstate.

BY THE COURT:  _____          January 9, 2019
               UNITED STATES BANKRUPTCY JUDGE                  Dated
               **Magdeline D. Coleman**