**UNITED STATES BANKRUPTCY COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:                                    **Chapter 13**

**Bryan T. Maloney**                      **Bankruptcy No. 16-10738-mdc**
**Cindy G. Maloney**
                                          **Hearing Date & Time:  4/16/19, at 10:30 a.m.**

        **Debtors**

**<u>CERTIFICATE OF SERVICE</u>**

        I, Allison L. Carr, hereby certify that I am, and at all times hereinafter mentioned, more than 18 years

of age.

        That on the 22nd day of March, 2019, I served a copy of the Notice of Motion, Response Deadline

and Hearing Date, and a copy of the Motion for Relief from Automatic Stay filed in this proceeding by first

class mail, postage pre-paid, or ECF notice as follows:

**<u>Debtors via first class mail</u>**
Cindy G. Maloney
1265 Barclay Crescent
Yardley, PA 19067

Bryan T. Maloney
1265 Barclay Crescent
Yardley, PA 19067

**<u>Via ECF Notification</u>**

Michael P. Kelly, Esq.          William C. Miller          Office of the United States Trustee
Cowan & Kelly                   1234 Market Street                Eastern District
202 Penns Square                Suite 18-341                  833 Chestnut Street
Langhorne, PA 19047             Philadelphia, PA 19107               Suite 500
                                                             Philadelphia, PA 19107

Executed: 3/22/2019

                                        _/s/Allison L. Carr_
                                        Allison L Carr, Esquire, PA I.D. #203815
                                        1500 One PPG Place
                                        Pittsburgh, PA 15222
                                        (412) 566-1212
                                        _Attorney for U.S. Bank National Association, as trustee_
                                        _for the Cabana Series III Trust_