IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>BRYAN T MALONEY<br>CINDY G MALONEY<br>      Debtors,<br><br><br>CONSUMER PORTFOLIO SERVICES, INC.<br><br>      Movant,<br><br>  v.<br>EBRYAN T MALONEY<br>CINDY G MALONEY<br>WILLIAM C. MILLER, Trustee. | Bankruptcy No. 16-10738-mdc<br><br>Chapter 13<br><br>Document No. 174, 175 |

## CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the May 15, 2019, I served copies of the Motion for Relief from the Automatic Stay (filed at Document No. 174) and the Notice of Motion (filed at Document No. 175) upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

| | |
|---|---|
| Bryan T Maloney<br>Cindy G Maloney<br>1265 Barclay Crescent<br>Morrisville, PA 19067 | Michael P. Kelly<br>Cowan & Kelly<br>202 Penns Square<br>Langhorne, PA 19047 |

| | |
|---|---|
| William C. Miller<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 | United States Trustee<br>Office of the United States Trustee<br>833 Chestnut Street, Suite 500<br>Philadelphia, PA 19107 |

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax (412) 456-8135