UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **Bryan T Maloney**  and         : No. 16-10738 - mdc
                                          :
**Cindy G. Maloney, debtors**             : Chapter 13
                                          :
                                          :

Response to Motion for Relief filed by **Consumer Portfolio Services, Inc**

Debtors, by and through their attorney, responds as follows:

1-8.    Admitted.

9-13    Denied. Strict proof thereof is demanded at trial. Debtors have indicated to counsel that they have since become current. Movant is adequately protected since and the automobile is necessary to an effective reorganization.

WHEREFORE, it is respectfully requested that the Motion be DENIED.

By:    /S/Michael P. Kelly
       402 Middletown Blvd.
       Suite 202
       Langhorne, Pa. 19047
       215-741-1100
       mpk@cowanandkelly.com