**UNITED STATES BANKRUPTCY COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **Bryan T. Maloney** | : | **Bankruptcy No. 16-10738-mdc** |
| **Cindy G. Maloney,** | : | |
| | : | |
| Debtors | : | Hearing Date: |
| | : | |
| | : | Related to Doc. No.: 178 |

**PRAECIPE TO WITHDRAW STIPULATION TO RESOLVE**
**MOTION FOR RELIEF FROM STAY**

TO:    CLERK OF COURT

Kindly mark as withdrawn without prejudice the Stipulation to Resolve the Motion for Relief from Stay file in the above-referenced Bankruptcy case on behalf of U.S. Bank Trust, National Association, as Trustee of the Cabana Series III Trust, on May 29, 2019, at Doc. No. 178.

                                                                   Respectfully submitted,

                                                                   TUCKER ARENSBERG, P.C.

Date: May 30, 2019                                By: */s/Allison L. Carr*
                                                                     Allison L. Carr, Esquire
                                                                     Pa. I.D. # 203815
                                                                     1500 One PPG Place
                                                                     Pittsburgh, PA 15222
                                                                     (412) 566-1212
                                                                     *Attorney for US Bank Trust National*
                                                                     *Association, as Trustee of the Cabana*
                                                                     *Series III Trust*