UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **BRYAN MALONEY AND CINDY MALONEY**      : No. 16-10738
: CHAPTER 13

### PRAECIPE TO WITHDRAW MOTION

TO THE CLERK:

Kindly withdraw Debtors' Motion to Modify Plan.

BY: /s/ Michael P. Kelly
MICHAEL P. KELLY, ESQ.
202 PENNS SQUARE
LANGHORNE, PA. 19047
(215) 741-1100