IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: BRYAN T. MALONEY ) | |
| CINDY G. MALONEY ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| AMERICREDIT FINANCIAL ) | Case No.: 16-10738 (MDC) |
| SERVICES, INC. dba GM FINANCIAL ) | |
| **Moving Party** ) | |
| ) | |
| v. ) | 11 U.S.C. 362 |
| ) | |
| BRYAN T. MALONEY ) | |
| CINDY G. MALONEY ) | |
| **Respondent(s)** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the Certificate Of Default filed by AmeriCredit Financial Services, Inc. dba GM Financial, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2007 Nissan Murano** bearing vehicle identification number JN8AZ08W57W643751 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: June 14, 2019

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief United States Bankruptcy Judge