- 3 -

**UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **Bryan T. Maloney** | : | Bankruptcy No. 16-10738-mdc |
| **Cindy G. Maloney,** | : | |
| | : | |
| Debtors | : | Hearing Date: 4/16/19 at 10:30 a.m. |
| | : | |
| | : | Related to Doc. Nos.: 163 and 167 |

## ORDER OF COURT

AND NOW, this __14th__ day of _____June_____, 2019, upon consideration of the Stipulation entered into by counsel for U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust and with the Debtors, it is hereby ORDERED, ADJUDGED and DECREED that the Stipulation is hereby approved.

_____
Hon. Magdeline D. Coleman
Chief United States Bankruptcy Judge

TADMS:5025951-1 032787-183962

- 3 -