United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Bryan T Maloney  
Cindy G Maloney  
    Debtors

Case No. 16-10738-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Jun 14, 2019  
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2019.  
db/jdb     +Bryan T Maloney, Cindy G Maloney, 1265 Barclay Crescent, Morrisville, PA 19067-6001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2019 at the address(es) listed below:

    ALLISON L. CARR    on behalf of Creditor    US Bank Trust, NA as trustee for Cabana Series III Trust acarr@tuckerlaw.com, agilbert@tuckerlaw.com  
    BRIAN CRAIG NICHOLAS    on behalf of Creditor    Ditech Financial LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
    CAROL E. MOMJIAN    on behalf of Creditor    Commonwealth Of PA., Dept. Of Revenue cmomjian@attorneygeneral.gov  
    JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc Jeniece@MVRLAW.COM, bonnie@mvrlaw.com  
    JOSEPH ANGEO DESSOYE    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com  
    JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
    KERI P EBECK    on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
    MICHAEL P. KELLY    on behalf of Joint Debtor Cindy G Maloney mpkpc@aol.com, r47593@notify.bestcase.com  
    MICHAEL P. KELLY    on behalf of Debtor Bryan T Maloney mpkpc@aol.com, r47593@notify.bestcase.com  
    REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com  
    THOMAS I. PULEO    on behalf of Creditor    Federal National Mortgage Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
    WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
    TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: BRYAN T. MALONEY | ) |
| CINDY G. MALONEY | ) |
| **Debtor(s)** | ) CHAPTER 13 |
| | ) |
| AMERICREDIT FINANCIAL | ) Case No.: 16-10738 (MDC) |
| SERVICES, INC. dba GM FINANCIAL | ) |
| **Moving Party** | ) |
| | ) |
| v. | ) 11 U.S.C. 362 |
| | ) |
| BRYAN T. MALONEY | ) |
| CINDY G. MALONEY | ) |
| **Respondent(s)** | ) |
| | ) |
| WILLIAM C. MILLER | ) |
| **Trustee** | ) |

## ORDER VACATING THE AUTOMATIC STAY AS TO PERSONAL PROPERTY

Upon the Certificate Of Default filed by AmeriCredit Financial Services, Inc. dba GM Financial, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2007 Nissan Murano** bearing vehicle identification number JN8AZ08W57W643751 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: June 14, 2019

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge