United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Bryan T Maloney
Cindy G Maloney
    Debtors

Case No. 16-10738-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Virginia      Page 1 of 1      Date Rcvd: Jun 14, 2019
                  Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2019.
db/jdb      +Bryan T Maloney,   Cindy G Maloney,   1265 Barclay Crescent,   Morrisville, PA 19067-6001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2019 at the address(es) listed below:

         ALLISON L. CARR   on behalf of Creditor    US Bank Trust, NA as trustee for Cabana Series III Trust acarr@tuckerlaw.com, agilbert@tuckerlaw.com
         BRIAN CRAIG NICHOLAS   on behalf of Creditor    Ditech Financial LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
         CAROL E. MOMJIAN    on behalf of Creditor    Commonwealth Of PA., Dept. Of Revenue cmomjian@attorneygeneral.gov
         JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc Jeniece@MVRLAW.COM, bonnie@mvrlaw.com
         JOSEPH ANGEO DESSOYE    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
         KERI P EBECK    on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
         MICHAEL P. KELLY    on behalf of Joint Debtor Cindy G Maloney mpkpc@aol.com, r47593@notify.bestcase.com
         MICHAEL P. KELLY    on behalf of Debtor Bryan T Maloney mpkpc@aol.com, r47593@notify.bestcase.com
         REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
         THOMAS I. PULEO    on behalf of Creditor    Federal National Mortgage Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
         WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                              TOTAL: 14

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Bryan T. Maloney | : | Bankruptcy No. 16-10738-mdc |
| Cindy G. Maloney, | : | |
| | : | |
| Debtors | : | Hearing Date: 4/16/19 at 10:30 a.m. |
| | : | |
| | : | Related to Doc. Nos.: 163 and 167 |

ORDER OF COURT

AND NOW, this __14th__ day of _____June_____, 2019, upon consideration of the Stipulation entered into by counsel for U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust and with the Debtors, it is hereby ORDERED, ADJUDGED and DECREED that the Stipulation is hereby approved.

_____
Hon. Magdeline D. Coleman
Chief United States Bankruptcy Judge

TADMS:5025951-1 032787-183962

- 3 -