IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>BRYAN T MALONEY<br>CINDY G MALONEY<br>       Debtors,<br><br><br>CONSUMER PORTFOLIO SERVICES, INC.<br><br>       Movant,<br><br>  v.<br>BRYAN T MALONEY<br>CINDY G MALONEY<br>WILLIAM C. MILLER, Trustee. | Bankruptcy No. 16-10738-mdc<br><br>Chapter 13<br><br>Document No. 174, 179 |

ORDER OF COURT

AND NOW, this 29th day of _____July_____, 2019, upon consideration of the foregoing Six-Month Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT

_____
Hon. Magdeline D. Coleman
U.S. Bankruptcy Chief Court Judge