UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE: : BKY. NO. 16-10738-MDC
BRYAN T. MALONEY and :
CINDY G. MALONEY : CHAPTER 13

## ORDER

**AND NOW**, upon consideration of the Debtors' Objection to Notice of Mortgage Payment Change filed by U.S. Bank Trust National Association, as Trustee of Cabana Series III Trust, and after notice and hearing, and there being no objection thereto, it is hereby **ORDERED** and **DETERMINED** that:

1. The Objection is **GRANTED**.

2. The mortgage payment amount is currently subject to a prior stipulation of the parties filed with this Court.

Dated: 10/1/19

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE