IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In Re: : 
: Case No. 16-10738-mdc
Bryan T. Maloney :
Cindy G. Maloney : Chapter 13
   Debtors :
:

ORDER OF COURT

AND NOW, to-wit, this  13th   day of   November  , 2019, it is hereby ORDERED, ADJUDGED and DECREED that relief from stay is **GRANTED** and that the automatic stay be and hereby vacated and terminated with respect to U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust, who may take such actions as may be necessary or appropriate with respect enforcing its rights with respect to the Property located at 1265 Barclay Crescent, Yardley, PA 19067, including actions that may or will divest debtors' rights and interests in the property.

BY THE COURT:

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

TADMS:5220667-1 032787-186490