**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                              Chapter 13

                              Bankruptcy No. 16-10738-MDC

BRYAN T MALONEY
CINDY G. MALONEY
1265 BARCLAY CRESCENT

MORRISVILLE, PA 19067-

    Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    BRYAN T MALONEY
    CINDY G. MALONEY
    1265 BARCLAY CRESCENT

    MORRISVILLE, PA 19067-

Counsel for debtor(s), by electronic notice only.

    MICHAEL P. KELLY
    402 MIDDLETOWN RD., SUITE 202
    202 PENN SQUARE
    LANGHORNE, PA 19047-

                                /S/ William C. Miller
Date: 11/25/2019                      _____

                                William C. Miller, Esquire
                                Chapter 13 Standing Trustee