United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-10738-mdc
Bryan T Maloney                                                           Chapter 13
Cindy G Maloney
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Jul 31, 2020
                             Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2020.
13750710          +The Bank of New York Mellon, Trustee(See 410),   c/o Specialized Loan Servicing LLC,
                   8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2020                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2020 at the address(es) listed below:
          ALLISON L. CARR    on behalf of Creditor    US Bank Trust, NA as trustee for Cabana Series III
           Trust acarr@tuckerlaw.com,  agilbert@tuckerlaw.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    Ditech Financial LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          CAROL E. MOMJIAN    on behalf of Creditor    Commonwealth Of PA., Dept. Of Revenue
           cmomjian@attorneygeneral.gov
          JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
           Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc
           Jeniece@MVRLAW.COM,  bonnie@mvrlaw.com
          JILLIAN NOLAN SNIDER    on behalf of Creditor    US Bank Trust, NA as trustee for Cabana Series III
           Trust jsnider@tuckerlaw.com,  agilbert@tuckerlaw.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
          JOSHUA I. GOLDMAN    on behalf of Creditor    Ditech Financial LLC Josh.Goldman@padgettlawgroup.com
          KERI P EBECK    on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          MICHAEL P. KELLY    on behalf of Joint Debtor Cindy G Maloney mpkpc@aol.com,
           r47593@notify.bestcase.com
          MICHAEL P. KELLY    on behalf of Debtor Bryan T Maloney mpkpc@aol.com,  r47593@notify.bestcase.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    Federal National Mortgage Association
           tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
           Financial ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                    TOTAL: 15

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-10738-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Bryan T Maloney
1265 Barclay Crescent
Morrisville PA 19067

Cindy G Maloney
1265 Barclay Crescent
Morrisville PA 19067

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/30/2020.

Name and Address of Alleged Transferor(s):

Claim No. 13: The Bank of New York Mellon, Trustee(See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129

Name and Address of Transferee:

Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    08/02/20

Tim McGrath
**CLERK OF THE COURT**