IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>BRYAN T MALONEY<br>CINDY G MALONEY<br>         Debtors,<br><br><br>CONSUMER PORTFOLIO SERVICES, INC.<br><br>         Movant,<br><br>   v.<br>BRYAN T MALONEY<br>CINDY G MALONEY<br>WILLIAM C. MILLER, Trustee.<br><br>         Respondents, | Bankruptcy No. 16-10738-mdc<br><br>Chapter 13<br><br>Document No. 191, 192 |

## ORDER OF COURT

AND NOW, this 12th day of _____April_____, 2021, upon consideration of the foregoing *Certification of Default of Stipulation Resolving Motion for Relief from the Automatic Stay*, it is hereby ORDERED, ADJUDGED AND DECREED, that relief from the automatic stay pursuant to 11 U.S.C. § 362 is granted as to the interest of Consumer Portfolio Services, Inc. in the property located at 2016 Honda Civic Sedan 4D EX-L 1.5L I4 Turbo, VIN# 19XFC1F75GE203477.

_____
Magdeline D. Coleman
Chief U. S. Bankruptcy Judge