United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10738-mdc |
| Bryan T Maloney | Chapter 13 |
| Cindy G Maloney | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 13, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Bryan T Maloney, Cindy G Maloney, 1265 Barclay Crescent, Morrisville, PA 19067-6001 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2021          Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALLISON L. CARR | on behalf of Creditor US Bank Trust  NA as trustee for Cabana Series III Trust acarr@tuckerlaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| CAROL E. MOMJIAN | on behalf of Creditor Commonwealth Of PA.  Dept. Of Revenue cmomjian@attorneygeneral.gov |
| JENIECE D. DAVIS | on behalf of Creditor Seterus  Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc Jeniece@MVRLAW.COM, bonnie@mvrlaw.com |
| JILLIAN NOLAN SNIDER | on behalf of Creditor US Bank Trust  NA as trustee for Cabana Series III Trust jsnider@fbtlaw.com, agilbert@tuckerlaw.com |
| JOSEPH ANGEO DESSOYE | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 13, 2021 | Form ID: pdf900 | Total Noticed: 1 |

           on behalf of Creditor Ditech Financial LLC paeb@fedphe.com

JOSHUA I. GOLDMAN
           on behalf of Creditor Ditech Financial LLC Josh.Goldman@padgettlawgroup.com
           kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

KERI P EBECK
           on behalf of Creditor Consumer Portfolio Services  Inc. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

MICHAEL P. KELLY
           on behalf of Joint Debtor Cindy G Maloney mpkpc@aol.com  r47593@notify.bestcase.com

MICHAEL P. KELLY
           on behalf of Debtor Bryan T Maloney mpkpc@aol.com  r47593@notify.bestcase.com

REBECCA ANN SOLARZ
           on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com

THOMAS I. PULEO
           on behalf of Creditor Federal National Mortgage Association tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

United States Trustee
           USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
           ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM EDWARD CRAIG
           on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com

TOTAL: 15

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>BRYAN T MALONEY<br>CINDY G MALONEY<br>      Debtors,<br><br><br>CONSUMER PORTFOLIO SERVICES, INC.<br><br>      Movant,<br><br>v.<br>BRYAN T MALONEY<br>CINDY G MALONEY<br>WILLIAM C. MILLER, Trustee.<br><br>      Respondents, | Bankruptcy No. 16-10738-mdc<br><br>Chapter 13<br><br>Document No. 191, 192 |

## ORDER OF COURT

AND NOW, this 12th day of _____April_____, 2021, upon consideration of the foregoing *Certification of Default of Stipulation Resolving Motion for Relief from the Automatic Stay*, it is hereby ORDERED, ADJUDGED AND DECREED, that relief from the automatic stay pursuant to 11 U.S.C. § 362 is granted as to the interest of Consumer Portfolio Services, Inc. in the property located at 2016 Honda Civic Sedan 4D EX-L 1.5L I4 Turbo, VIN# 19XFC1F75GE203477.

_____
Magdeline D. Coleman
Chief U. S. Bankruptcy Judge