Certificate Number: 02921-PAE-DE-035891349

Bankruptcy Case Number: 16-10738



02921-PAE-DE-035891349

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 4, 2021, at 4:27 o'clock PM EDT, Bryan T. Maloney completed a course on personal financial management given by internet by Credit Counseling Center, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 4, 2021                By:     /s/Edward Catalanotti

                                      Name:   Edward Catalanotti

                                      Title:  Credit Counselor