Certificate Number: 02921-PAE-DE-035891338

Bankruptcy Case Number: 16-10738



02921-PAE-DE-035891338

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 4, 2021</u>, at <u>4:23</u> o'clock <u>PM EDT</u>, <u>Cindy G. Maloney</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Counseling Center</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>August 4, 2021</u>          By:     <u>/s/Edward Catalanotti</u>

                                       Name:   <u>Edward Catalanotti</u>

                                       Title:  <u>Credit Counselor</u>