United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10738-mdc |
| Bryan T Maloney | Chapter 13 |
| Cindy G Maloney | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 03, 2021 | Form ID: 212 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bryan T Maloney, Cindy G Maloney, 1265 Barclay Crescent, Morrisville, PA 19067-6001 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2021         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALLISON L. CARR | on behalf of Creditor US Bank Trust  NA as trustee for Cabana Series III Trust acarr@tuckerlaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| CAROL E. MOMJIAN | on behalf of Creditor Commonwealth Of PA.  Dept. Of Revenue cmomjian@attorneygeneral.gov |
| JENIECE D. DAVIS | on behalf of Creditor Seterus  Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc Jeniece@MVRLAW.COM, bonnie@mvrlaw.com |
| JILLIAN NOLAN SNIDER | on behalf of Creditor US Bank Trust  NA as trustee for Cabana Series III Trust jsnider@fbtlaw.com, agilbert@tuckerlaw.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 03, 2021 | Form ID: 212 | Total Noticed: 1 |

JOSEPH ANGEO DESSOYE
    on behalf of Creditor Ditech Financial LLC paeb@fedphe.com

JOSHUA I. GOLDMAN
    on behalf of Creditor Ditech Financial LLC Josh.Goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com

KERI P EBECK
    on behalf of Creditor Consumer Portfolio Services Inc. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

MICHAEL P. KELLY
    on behalf of Joint Debtor Cindy G Maloney mpkpc@aol.com r47593@notify.bestcase.com

MICHAEL P. KELLY
    on behalf of Debtor Bryan T Maloney mpkpc@aol.com r47593@notify.bestcase.com

REBECCA ANN SOLARZ
    on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com

THOMAS I. PULEO
    on behalf of Creditor Federal National Mortgage Association tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

WILLIAM EDWARD CRAIG
    on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 15

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re:                                                                                       Chapter: 13

    Bryan T Maloney and Cindy G Maloney

Debtor(s)                                                                                Case No: 16−10738−mdc

_____

*ORDER*

    AND NOW, August 3, 2021, it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

    Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

    And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall file

    ☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

    ☐ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

    If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

 

For The Court

Magdeline D. Coleman

Chief Judge ,United States
Bankruptcy Court

222
Form 212