United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10738-mdc |
| Bryan T Maloney | Chapter 13 |
| Cindy G Maloney | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 05, 2021 | Form ID: 138OBJ | Total Noticed: 46 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++ Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\## Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bryan T Maloney, Cindy G Maloney, 1265 Barclay Crescent, Morrisville, PA 19067-6001 |
| 13669969 | + | A-1 Collections Svc, 101 Grovers Mill Rd Ste, Lawrenceville, NJ 08648-4706 |
| 13679762 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13669973 | #+ | Bk Of Amer, 1800 Tapo Canyon, Simi Valley, CA 93063-6712 |
| 14232123 | + | Chalet Properties III, LLC, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038-2480 |
| 13669975 | + | Commercial Acceptance, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 13755200 | + | Ditech Financial LLC, PO BOX 6154, Rapid City SD 57709-6154 |
| 13669980 | + | Federal National Mortgage Assoc, c/o Phelan Hallinan & Diamond, 400 Fellowship Road, Ste 100, Mount Laurel, NJ 08054-3437 |
| 13669981 | + | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 13924549 | + | Michael P Kelly, Esquire, 402 Middletown Blvd., Suite 202, Langhorne, Pa. 19047-1818 |
| 13669985 | + | Nissan-infiniti Lt, P.o. Box 660360, Dallas, TX 75266-0360 |
| 13669986 | + | Pa. Department of Revenue, PO Box 280501, Harrisburg, PA 17128-0501 |
| 13755266 | + | Porania LLC, c/o Biltmore Asset Management, 24500 Center Ridge Rd., Ste 472, Westlake OH 44145-5605 |
| 13669989 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus Inc, 14523 Sw Millikan Way St, Beaverton, OR 97005 |
| 13750956 | + | Seterus, Inc., as the authorized subservicer for F, P.O. Box 1047, Hartford, CT 06143-1047 |
| 14524178 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 13750710 | + | The Bank of New York Mellon, Trustee(See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 13669993 | + | Tridentasset.com, 53 Perimeter Ctr E Ste 4, Atlanta, GA 30346-2294 |
| 14293072 | + | US Bank Trust NA, trustee Cabana Series III Trust, c/o BSI Financial Services, 1425 Greenway Drive, Ste. 400, Irving, TX 75038-2480 |
| 13751045 | + | Wells Fargo Bank, PO Box 5058 MAC P6053-021, Portland, OR 97208-5058 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 05 2021 23:51:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 05 2021 23:51:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13669970 | + | Email/Text: bkrpt@retrievalmasters.com | Aug 05 2021 23:50:00 | Amca, 2269 S Saw Mill, Elmsford, NY 10523-3832 |
| 13678387 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 05 2021 23:50:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 05, 2021 | Form ID: 138OBJ | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| 13669971 | + | Email/Text: bnc-applied@quantum3group.com | Aug 05 2021 23:51:00 | Applied Bank, 660 Plaza Dr, Newark, DE 19702-6369 |
| 13696110 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 05 2021 23:51:30 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13669972 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Aug 05 2021 23:51:00 | Berks Credit & Coll, 900 Corporate Dr, Reading, PA 19605-3340 |
| 13669974 | + | Email/Text: bankruptcy@cavps.com | Aug 05 2021 23:51:00 | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 13674700 | + | Email/Text: bankruptcy@cavps.com | Aug 05 2021 23:51:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13669976 | + | Email/Text: convergent@ebn.phinsolutions.com | Aug 05 2021 23:51:00 | Convergent, 800 Sw 39th St, Renton, WA 98057-4927 |
| 13669978 | + | Email/PDF: pa_dc_ed@navient.com | Aug 05 2021 23:51:19 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 13669982 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 05 2021 23:50:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 13669983 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 05 2021 23:50:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13669984 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 05 2021 23:50:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 13735124 | | Email/PDF: pa_dc_claims@navient.com | Aug 05 2021 23:51:39 | Navient Solutions, Inc. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14266790 | | Email/PDF: pa_dc_claims@navient.com | Aug 05 2021 23:51:39 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 13740911 | | Email/PDF: rmscedi@recoverycorp.com | Aug 05 2021 23:51:19 | Orion Portfolio Services LLC, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue Suite 1120, Miami, FL 33131-1605 |
| 14113802 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 05 2021 23:51:39 | Orion Portfolio Services LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13669987 | | Email/Text: info@phoenixfinancialsvcs.com | Aug 05 2021 23:50:00 | Phoenix Financial Serv, 8902 Otis Ave Ste 103a, Indianapolis, IN 46216 |
| 13684926 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 05 2021 23:51:30 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13675202 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 05 2021 23:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 13669988 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 05 2021 23:51:30 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 13706566 | | Email/Text: bnc-quantum@quantum3group.com | Aug 05 2021 23:50:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13669990 | + | Email/PDF: pa_dc_claims@navient.com | Aug 05 2021 23:51:30 | Slm Financial Corp, Po Box 9500, Wilkes-barre, PA 18773-9500 |
| 13669991 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 05 2021 23:51:19 | Syncb/home Shopping, Po Box 965005, Orlando, FL 32896-5005 |
| 13669992 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 05 2021 23:51:30 | Syncb/qvc, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |

TOTAL: 26

District/off: 0313-2 | User: admin | Page 3 of 4
Date Rcvd: Aug 05, 2021 | Form ID: 138OBJ | Total Noticed: 46

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13691604 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 13669977 | ##+ | Debt Recovery Solution, 900 Merchants Concourse, Westbury, NY 11590-5121 |
| 13669979 | ##+ | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 07, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALLISON L. CARR | on behalf of Creditor US Bank Trust NA as trustee for Cabana Series III Trust acarr@tuckerlaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| CAROL E. MOMJIAN | on behalf of Creditor Commonwealth Of PA. Dept. Of Revenue cmomjian@attorneygeneral.gov |
| JENIECE D. DAVIS | on behalf of Creditor Seterus Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc Jeniece@MVRLAW.COM, bonnie@mvrlaw.com |
| JILLIAN NOLAN SNIDER | on behalf of Creditor US Bank Trust NA as trustee for Cabana Series III Trust jsnider@fbtlaw.com, agilbert@tuckerlaw.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor Ditech Financial LLC paeb@fedphe.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor Ditech Financial LLC Josh.Goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com |
| KERI P EBECK | on behalf of Creditor Consumer Portfolio Services Inc. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| MICHAEL P. KELLY | on behalf of Debtor Bryan T Maloney mpkpc@aol.com r47593@notify.bestcase.com |
| MICHAEL P. KELLY | on behalf of Joint Debtor Cindy G Maloney mpkpc@aol.com r47593@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| THOMAS I. PULEO | on behalf of Creditor Federal National Mortgage Association tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com |

United States Trustee

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 05, 2021 | Form ID: 138OBJ | Total Noticed: 46 |

            USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
            ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM EDWARD CRAIG
            on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Bryan T Maloney and Cindy G Maloney

        Debtor(s)                                      Case No: 16−10738−mdc

                                                                    Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                900 Market Street
                    Suite 400
               Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/5/21